**Order entered June 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01456-CV

### SLOAN CREEK II, L.L.C., Appellant

### V.

### THE STATE OF TEXAS AND
### NORTH TEXAS TOLLWAY AUTHORITY, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-3356-2008**

## ORDER

The Court **GRANTS** appellant's motion for leave to file post-submission reply letter brief. We **ORDER** the reply letter brief tendered with appellant's motion filed as of the date of this order. The Court will accept no further briefing from any party.

/s/    ROBERT M. FILLMORE
        PRESIDING JUSTICE